44 So.2d 38
### Morris RAMSEY v. STATE.
6 Div. 874.

Court of Appeals of Alabama.
Dec. 20, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Using automobile without consent of owner.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

48 So.2d 893
### Gordon REACH v. STATE.
2 Div. 809.

Court of Appeals of Alabama.
Nov. 7, 1950.

Appeal from Circuit Court, Bibb County; W. E. Callen, Judge.

Possessing a still.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

51 So.2d 917
### Loman B. READ v. STATE.
6 Div. 29.

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed.

44 So.2d 38
### David REED v. STATE.
6 Div. 810.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Jefferson County; Alta L. King, Judge.

Burglary, second degree.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

51 Sp.2d 917
### Loman REED (alias Read) v. STATE.
6 Div. 91.

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed.

44 So.2d 922
### Alton (alias Brownie) REEVES v. STATE.
8 Div. 819.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Circuit Court, Lauderdale County; Robt. M. Hill, Judge.

Possessing still.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.